UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GOOD JR., <br><br> Petitioner, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Respondent. | Case No. 2:24-cv-02649-JLS-SSC <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice to refiling a petition authorized by the Ninth Circuit that contains only new claims related to Petitioner's conviction in Los Angeles County Superior Court case number BA262280.

DATED: August 5, 2024

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE